IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Trustees of the Chicago Regional Council Of Carpenters Pension Fund, etc., *et al*, | ) ) ) | |
| *Plaintiffs,* | ) ) | |
| – *vs* – | ) ) | 08 CV 5689 Judge Manning |
| Consolidated Workforce, Inc., | ) ) | Magistrate Judge Schenkier |
| *Defendant.* | ) | |

**AGREED MOTION FOR REINSTATEMENT
AND FOR CONSENT JUDGMENT**

Plaintiffs, by its attorney, David P. Lichtman, move this Honorable Court to reinstate this case and enter judgment and in support state:

1. This is an ERISA trust fund case for delinquent contributions.

2. On June 4, 2009, this case was dismissed with leave to reinstate.

3. The parties have agreed that the Defendant will turnover the sum of $33,707.44 to the Plaintiffs and to the entry of judgment against the Defendant and in favor of the Plaintiffs in the amount of $76,875.24 .

WHEREFORE, the parties pray that this case be reinstated and that the attached proposed consent judgment (Exhibit A) be entered against the Defendant in the amount of $76,875.24.

Respectfully submitted,

/s/ David P. Lichtman
Attorney for the Plaintiffs

David P. Lichtman
Attorney No. 6290051
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701